# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Thomas Beckwith Payne, III, | Bankruptcy 15-42958 |
| Debtors. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #23)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on November 16, 2016.

Dated: November 16, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of Thomas Beckwith Payne, III**,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **Richard G. Fonfrias**    flgbkcourtmail@gmail.com, rfonfrias2025@gmail.com;cn2gand@gmail.com,rfonfriasecfcourt@gmail.com,jennifer@mycasesupport.com,bamse.lex@gmail.com,pd-law-EGMvpYCskq@mycasemail.com,heath@casedriver.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Thomas Beckwith Payne III
1545 Orchid Street
Yorkville, IL 60560
*Debtor*

**VIA U.S. MAIL**
First National Bank Of Omaha
1620 Dodge Street
Stop Code 3105
Omaha, Ne 68197
Claim 3

**VIA U.S. MAIL**
Travis Credit Union
P.O. Box 2069
Vacaville, Ca 95696-2069
Claim 2