# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Thomas Beckwith Payne, III | § | Case No. 15-42958 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 185,813.36               Assets Exempt: 96,045.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,469.37      Claims Discharged
                                                Without Payment: 13,476.69

Total Expenses of Administration: 1,380.76

---

3) Total gross receipts of $ 5,850.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,850.13 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 281,809.47 | $ 281,809.47 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,380.76 | 1,380.76 | 1,380.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 17,946.06 | 17,946.06 | 4,469.37 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 301,136.29 | $ 301,136.29 | $ 5,850.13 |

4) This case was originally filed under chapter on 01/15/2015, and it was converted to chapter 7 on 12/18/2015. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2017        By: /s/Zane L. Zielinski, Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inherited Funds | 1229-000 | 5,850.13 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,850.13** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | The Bank Of New York Mellon, F/K/A The Bank Of | 4110-000 | NA | 281,809.47 | 281,809.47 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 281,809.47** | **$ 281,809.47** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,335.01 | 1,335.01 | 1,335.01 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 5.75 | 5.75 | 5.75 |
| Associated Bank | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,380.76 | $ 1,380.76 | $ 1,380.76 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | First National Bank Of Omaha | 7200-000 | NA | 5,049.45 | 5,049.45 | 1,257.54 |
| 2 | Travis Credit Union | 7200-000 | NA | 12,896.61 | 12,896.61 | 3,211.83 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 17,946.06 | $ 17,946.06 | $ 4,469.37 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-42958 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Thomas Beckwith Payne, III | | | | Date Filed (f) or Converted (c): | 12/18/2015 (c) |
| | | | | | 341(a) Meeting Date: | 02/04/2016 |
| For Period Ending: | 01/09/2017 | | | | Claims Bar Date: | 08/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1545 Orchid Street, Yorkville, IL | 212,000.00 | 0.00 | | 0.00 | FA |
| 2. Travis Credit Union | 2,463.04 | 2,463.04 | | 0.00 | FA |
| 3. Centrue Bank | 2,644.32 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 2,750.00 | 0.00 | | 0.00 | FA |
| 5. Beanie Babies | 125.00 | 0.00 | | 0.00 | FA |
| 6. Wedding Rings, Jewelry/Watches, Necklaces, Rings | 375.00 | 0.00 | | 0.00 | FA |
| 7. Photographic Equipment | 95.00 | 95.00 | | 0.00 | FA |
| 8. 401K Plan | 54,361.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Ford Freestyle 4 Door | 3,361.00 | 3,361.00 | | 0.00 | FA |
| 10. 2005 Ford Escape 4 Door | 3,684.00 | 3,684.00 | | 0.00 | FA |
| 11. Inherited Funds (u) | Unknown | 5,850.13 | | 5,850.13 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $281,858.36  $15,453.17  $5,850.13  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the final report.

RE PROP #  2  --  These funds were spent by the conversion date.
RE PROP #  3  --  These funds were spent by the conversion date.

Initial Projected Date of Final Report (TFR): 12/01/2016    Current Projected Date of Final Report (TFR): 12/01/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-42958  
Case Name: Thomas Beckwith Payne, III  
Taxpayer ID No: XX-XXX3927  
For Period Ending: 01/09/2017  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX4636  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/17/16 | 11 | Thomas Payne: Cashier's Check Centure Bank | Inheritance | | 1229-000 | $5,850.13 | | $5,850.13 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $5,840.13 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $5,830.13 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $5,820.13 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $5,810.13 |
| 12/09/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | | $1,340.76 | $4,469.37 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($1,335.01) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($5.75) | 2200-000 | | | |
| 12/09/16 | 5002 | Travis Credit Union<br>P.O. Box 2069<br>Vacaville, Ca 95696-2069 | Final distribution to claim 2 representing a payment of 24.90 % per court order. | | 7200-000 | | $3,211.83 | $1,257.54 |
| 12/09/16 | 5003 | First National Bank Of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, Ne 68197 | Final distribution to claim 3 representing a payment of 24.90 % per court order. | | 7200-000 | | $1,257.54 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,850.13 | $5,850.13 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,850.13 | $5,850.13 |
| Page Subtotals: | $5,850.13 | $5,850.13 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

| | | | |
|---|---|---|---|
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $5,850.13 | $5,850.13 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4636 - Checking | $5,850.13 | $5,850.13 | $0.00 |
| | $5,850.13 | $5,850.13 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,850.13 |
| Total Gross Receipts: | $5,850.13 |

Page Subtotals: $0.00 $0.00